:\FORMS\
```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, ET AL | CIVIL ACTION |
| v. | : : : : |
| GRACIE CORPORATION | 02-5027 |

**O R D E R**

AND NOW, this 24TH day of OCTOBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **NOVEMBER 4, 2002** at 2:15pM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                          or     BY THE COURT


BY:   ANGELA J. MICKIE             _____
         Deputy Clerk                  Judge

Civ 12 (9/83)