:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LABORERS DISTRICT COUNCIL        CIVIL ACTION
CONSTRUCTION INDUSTRY PENSION
FUND, ET AL

     v.

GRACIE CORPORATION

          02-5027

**O R D E R**

   AND NOW, this 31ST day of OCTOBER, 2002, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **NOVEMBER 20, 2002** at 9:15AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:         or  BY THE COURT


BY: ANGELA J. MICKIE
   Deputy Clerk     Judge

Civ 12 (9/83)