```
W:\FORMS\.FRM
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS DISTRICT COUNCIL<br>CONSTRUCTION INDUSTRY PENSION<br>FUND, ET AL | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-5027 |
| | : | |
| GRACIE CORPORATION | : | |

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this 20th day of NOVEMBER, 2002, a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS: Parties have 60 days to settle if not we will issue a 60 days scheduling order thereafter.

                                                           _____
                                                           Angela Mickie
                                                           Deputy Clerk to Judge Joyner

Civ 14 (8/80)