IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE LABORERS' DISTRICT COUNCIL        :        CIVIL ACTION
CONSTRUCTION INDUSTRY PENSION         :
FUND, ET AL                           :
                                      :
        vs.                           :        NO. 02-5027

GRACIE CORPORATION

O R D E R

      AND NOW, this _____ day of July, 2003, the above-captioned case is scheduled for a jury trial to commence on Monday, August 18, 2003 at 10:30 A.M. in Courtroom 8B on the 8th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

      AND IT IS SO ORDERED.

_____
J. CURTIS JOYNER, J.