IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LABORER'S DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, ET AL** | : | **CIVIL ACTION** |
| | : | |
| **VS** | : | |
| | : | |
| **GRACIE CORPORATION** | | 02-5027 |

### ORDER

**AND NOW,** this 23RD day of AUGUST, 2004 it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

_____
J. CURTIS JOYNER,                J.