IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, ET AL | : : : | CIVIL ACTION |
| vs. | : : : : | NO. 02-5027 |
| GRACIE CORPORATION | | |

O R D E R

AND NOW, this 12TH day of OCTOBER, 2004, the above-captioned case is scheduled as a BACKUP CASE for a **jury** trial to commence on NOVEMBER 15, 2004, at 10:30 A.M. in Courtroom 8B on the 8th floor, before the Honorable J. Curtis Joyner in the U.S. Courthouse, 601 Market Street, Philadelphia, PA.

AND IT IS SO ORDERED.

---------------------------------
J. CURTIS JOYNER, J.