**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
LABORERS' DISTRICT COUNCIL     : CIVIL ACTION
CONSTRUCTION INDUSTRY PENSION  :
FUND, ET. AL.                  :
                               :
          vs.                  : NO. 02-CV-5027
                               :
GRACIE CORPORATION             :
```

## ORDER

AND NOW, this    15th      day of November, 2004, it having
been reported that the issues between the parties in the above
action have been settled and pursuant to the provisions of Rule
41.1(b) of the Local Rules of Civil Procedure, it is hereby
ORDERED that the above action is DISMISSED with prejudice,
pursuant to the agreement of counsel, without costs.


                              BY THE COURT:



                               s/J. Curtis Joyner
_____J. CURTIS JOYNER,      J.